UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY AND BROCSY YADAO FAMILY TRUST; BENNY YADOA, and PROCSY YADAO,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN A. MYRTAKIS; JAMKE, A CALIFORNIA GENERAL PARTNERSHIP; and DOES 1-50,<br><br>Defendants. | OLD NUMBER:  CV F 06-1054 OWW LJO<br><br>NEW NUMBER: CV F 06-1054 AWI SMS<br><br>ORDER RELATING ACTION AND REASSIGNING DISTRICT COURT JUDGE AND MAGISTRATE JUDGE |

The court finds that the above-captioned action is similar to <u>Fant, et al., v. Residential Services Validated Publications, et al.</u>, CV F 06-0934 AWI SMS in that both cases appear to involve similar questions of fact and law and assignment to the same District Judge and Magistrate Judge is likely to effect a substantial savings of judicial effort.  <u>See</u> Local Rule 83-123.  Therefore, IT IS HEREBY ORDERED THAT the above-captioned action, being the higher numbered case, is reassigned to the same District Judge and Magistrate Judge as the lower numbered case.  IT IS FURTHER ORDERED THAT all future pleadings filed in the above-captioned action shall include the new case number, CV F 06-1054 AWI SMS.

IT IS SO ORDERED.

Dated:    September 12, 2006                      /s/ Anthony W. Ishii
0m8i78                                            UNITED STATES DISTRICT JUDGE

1